UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MATTHEWS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED TEACHERS LOS ANGELES, *et al.*, <br><br> Defendants. | CASE NO. 2:18-cv-06793-JLS-DFM <br><br> **JUDGMENT** <br><br> Judge: The Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | **JUDGMENT** |
| 2 | Pursuant to the Court's May 8, 2019 Order Granting Defendants' Motion to |
| 3 | Dismiss (Doc. 46), |
| 4 | IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with |
| 5 | prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants |
| 6 | California Teachers Association, National Education Association, San Diego |
| 7 | Education Association, and United Teachers Los Angeles, and in favor of Defendant |
| 8 | Intervenor the Attorney General of California, and against Plaintiffs Tina Matthews |
| 9 | and Paul Tessaro. |
| 10 | DATED: May 22, 2019 |

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE